FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 16 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEREK LIND
CORY BATES                                              PLAINTIFFS

V.                          NO.: 4-11-CV-0688 DPM

WATERGATE LITTLE ROCK APARTMENT PORTFOLIO, LLC;
WATERGATE APARTMENTS; and
BELL PARTNERS, INC.;                                    DEFENDANTS

This case assigned to District Judge __Marshall__
and to Magistrate Judge __Volpe__

**COMPLAINT**

Plaintiffs, by and through the undersigned counsel, sues the Defendants, Watergate Little Rock Apartment Portfolio, LLC; Watergate Apartments; Bell Partners, Inc.; and alleges:

### JURISDICTIONAL BASIS AND ALLEGATIONS COMMON TO ALL COUNTS

1. This court has jurisdiction pursuant to 28 U.S.C. §1331, federal question jurisdiction, and 28 U.S.C. §1367, supplemental jurisdiction, since all claims arise out of a common nucleus of operative fact. Venue is proper in this Court as the cause of action arose in the Eastern District of Arkansas.

2. At all times material to this action, Defendant, Watergate Little Rock Apartment Portfolio, LLC, was a Limited Liability Company authorized to do and doing business in the Eastern District of Arkansas.

3. At all times material to this action, Defendant, Watergate Apartments, was a corporation, authorized to do and doing business in the Eastern District of Arkansas.

4. At all times material to this action, Defendant, Bell Partners, Inc., was a foreign corporation, with its principal place of business in Greensboro, North Carolina. Defendant, Bell Partners, Inc., is, and was at all relevant times, the parent corporation of Defendant, Watergate Apartments and Watergate Little Rock Apartment Portfolio, LLC. Defendants, Watergate Little Rock Apartment Portfolio, LLC and Watergate Apartments, are wholly owned subsidiaries of Defendant, Bell Partners, Inc.

## STATEMENT OF CLAIM

5. This is an action to recover damages suffered by the plaintiffs from the defendants' failure and/or refusal to adequately disclose/warn/notify the plaintiffs of the dangers associated with lead paint poisoning in target housing then owned and/or controlled by the defendants as required by law; failure and/or refusal to adequately disclose/warn/notify the plaintiffs of the known presence of lead paint, dust, etc. in the subject premises then owned and/or controlled by the defendants as required by law; failure and/or refusal to provide the plaintiffs with the required lead hazard information pamphlet prior to and/or during the lease of the subject premises to the plaintiffs; failure and/or refusal to notify the plaintiffs of his right to a 10 day period to inspect the subject premises for lead prior to moving in; failure and/or refusal to provide the plaintiff with a 10 day period to inspect the premises for lead

in the subject premises; failure and/or refusal to provide the plaintiffs with any available reports or records pertaining to the presence of lead or lead-based paint hazards in the subject premises; failure and/or refusal to conduct a reasonable risk assessment of the subject premises prior to or during the lease of the subject premises to the plaintiffs; failure and/or refusal to adequately inspect the subject premises for dangerous levels of lead in and about the premises then owned and/or controlled by the defendants as required by law; failure and/or refusal to adequately remove or abate paint containing dangerous levels of lead on the surfaces in and about the premises then owned and/or controlled by the defendants as required by law.

**PARTIES**

6. Plaintiffs are persons of the full age of majority and residents of the Eastern District of Arkansas residing at 8101 Cantrell Road, Little Rock, AR 72217.

7. At all times relevant to this complaint, the defendants, Bell Partners, Inc., Watergate Little Rock Apartment Portfolio, LLC and Watergate Apartments, were and continue to be the record title owners of the premises located at 8101 Cantrell Road, Little Rock, AR 72217.

8. At all times relevant to this complaint, the defendants, Bell Partners, Inc., Watergate Little Rock Apartment Portfolio, LLC and Watergate Apartments, held a

possessory and/or other ownership interest in the premises located at 8101 Cantrell Road, Little Rock, AR 72217 and they rent said residential premises.

## FACTS

9. At all times relevant to this complaint, plaintiffs occupied the premises located at 8101 Cantrell Road, Little Rock, AR 72217.

10. Lead is a hazardous substance because exposure of children to lead causes severe and permanent injuries, including, but not limited to neurological brain damage, hyperactivity, loss in appetite, poor behavior, excitability, attention deficits, delayed development, learning disabilities, decrements in intelligence, and deficits in a wide range of neuropsychological functioning, including visual motor skills, fine motor skills, verbal skills, attention and concentration, memory, comprehension and impulse control, etc. It can also cause coma, seizure, death and other traumatic injuries/events.

11. The use of lead for residential purposes was banned in the United States in 1978. In 1992, Congress effectuated the enactment of the Residential Lead-Based Paint Hazard Reduction Act of 1992, Title X of the Housing and Community Development Act of 1992, Title IV, Toxic Substances Control Act, and all regulations promulgated there under. The ACT requires disclosure/notice to tenants/purchasers regarding the dangers of lead paint/pigment/dust exposure to children, notice of the

possible presence of dangerous lead in target housing and disclosure and production of reports/records concerning the known presence of lead in the subject premises. The required notice that owners and lessors are required by the ACT to give purchases and tenants of target housing is described at 42 USC §4852d; and the ACT requires that all owners/lessors of target housing give all potential/actual purchasers and/or tenants a lead hazard information pamphlet, attached at Exhibit A, as prescribed by the Administrator of the Environmental Protection Agency under section 406 of the Toxic Substances Control Act.

12. The premises located at 8101 Cantrell Road, Little Rock, AR  72217 is target housing within the meaning of the Residential Lead-Based Paint Hazard Reduction Act of 1992, Title X of the Housing and Community Development Act of 1992 and within the meaning of all other applicable state and federal, statutory and/or common laws, since it is non-exempt residential housing that was erected prior to 1978.

13. All defendants named in this complaint knew or should have known of the obligation to notify lessee of lead hazards prior to and/or during the lease of the premises to the plaintiff.

    a. The premises located at 8101 Cantrell Road, Little Rock, AR  72217 was a part of a Consent Agreement entered with the Environmental Protection Agency.

  b. For settlement purposes, the Parties stipulated that the owner had failed to comply with six (6) different provisions of Section 1018, and the implementing regulations found at 40 C.F.R. Part 745 and 25 C.F.R. Part 35, when it leased nineteen (19) units located in one or more of the Subject Properties it owned or managed.

  14. All defendants named in this complaint failed to provide the plaintiffs with requisite notice as per 42 USC §4851 et seq., 42 USC §4852d and/or to provide them with the required lead hazard information pamphlet, attached at Exhibit A, as mandated by the Residential Lead-Based Paint Hazard Reduction Act of 1992, Title X of the Housing and Community Development Act of 1992 and as mandated by all other applicable state and federal, statutory and/or common laws.

  15. All defendants named in this complaint failed to notify the plaintiffs of their right to inspect the premises prior to moving in and/or to provide the plaintiffs with the required 10-day period to inspect the premises prior to moving in as per 42 USC §4851 et seq., 42 USC §4852d.

  16. On March 30, 2011, plaintiffs were, for the first time, given a lead notice. Said notice is attached to this complaint as Exhibit "B." The plaintiffs were required to return the notice by March 31, 2011. The defendants used its personnel to pressure and intimidate them into signing and returning the forms immediately.

## COUNT I
## VIOLATION OF RESIDENTIAL LEAD-BASED PAINT HAZARD REDUCTION ACT OF 1992, TITLE X OF THE HOUSING AND COMMUNITY DEVELOPMENT ACT OF 1992, 42 USC §4851 et seq.

Plaintiffs, adopt by reference all of the allegations contained in Paragraphs 1 through 16 above, each inclusive, as though fully set forth.

17. All defendants named in this complaint have violated all applicable provisions and associated regulations of the Residential Lead-Based Paint Hazard Reduction Act of 1992, Title X of the Housing and Community Development Act of 1992, 42 USC §4851 et seq. and Title IV of the Toxic Substances Control Act:

(a) by failing to disclose/notify/warn the plaintiff or his natural guardians/next friends of the dangers of lead paint/pigment/dust exposure to children prior to and/or during the lease of the subject premises to the plaintiff;

(b) by failing to disclose/notify/warn the plaintiff or his natural guardians/next friends of the associated risks of prolonged lead exposure to children prior to and/or during the lease of the subject premises to the plaintiff;

(c) by failing to disclose/warn/notify the plaintiff or his natural guardians/next friends of the known presence of lead in the subject premises prior to and/or during the lease of the subject premises to the plaintiff;

(d) by failing to disclose/warn/notify the plaintiff or his natural guardians/next friends of the possible presence of lead in target housing erected before 1978;

(e) by failing to provide notice to the plaintiff or his natural guardians/next friends as articulated in 42 USC 4852d;

(f) by failing to provide the plaintiff or his natural guardians/next friends with the lead hazard information pamphlet as prescribed by the Administrator of the Environmental Protection Agency under section 406 of the Toxic Substances Control Act, attached at Exhibit A, which 42 USC §4851 et seq. requires be given to lessees or purchasers of targeted residential housing at the time of or prior to the time the purchasers/lessees take possession of the subject property;

(g) by failing to provide the plaintiff or his natural guardians/next friends with any available reports or records pertaining to the presence of lead or lead-based paint hazards in the subject premises;

(h) by failing to provide the plaintiff or his natural guardians/next friends with a 10 day period to inspect the premises for lead prior to taking possession of the premises;

(i) by failing to notify the plaintiff or his natural guardians/next friends of their right to have a 10 day period to inspect the premises for lead prior to taking possession of the premises;

(j) by failing to conduct a reasonable risk assessment of the subject premises prior to or during the lease of the subject premises to the plaintiff;

(k) by failing to abate and/or remove or properly abate and/or remove lead paint, pigment and/or dust resulting from decomposing, flaking, chipping paint/pigment from the subject premises prior to or during the lease to the plaintiff and his natural guardians/next friends; and

(l) by failing to inspect or properly inspect the subject premises for the existence of lead paint, pigment and/or dust resulting from decomposing, flaking, chipping paint/pigment prior to or during the lease to the plaintiff and his natural guardians/next friends.

18. As a direct and proximate result of the defendants' conduct which is in violation of 42 USC §4851 et seq., 42 USC §4852d, TSCA section 409, 15 USC §2689 et seq., 24 CFR Part 35, 40 CFR Part 745, etc. the plaintiffs have been obligated to receive and undergo medical attention and care and may be obligated to continue to expend such sums and to incur such expenses for an indefinite period of time into the future, including but not limited to vitamin, chelatin or other therapy.

19. As a direct and proximate result of the defendants' conduct which is in violation of 42 USC §4851 et seq., 42 USC §4852d, TSCA section 409, 15 USC §2689 et seq., 24 CFR Part 35, 40 CFR Part 745, etc. the plaintiffs have suffered and will to continue to suffer from insidious and progressively sever disabling conditions, mental and physical anguish, dysfunction of the mind and body, great expenses, loss of income, loss of future

earning power, deprivation of enjoyment of life and life's pleasures.

20. The defendants are jointly and severally liable for the damages suffered by the plaintiffs as a direct and proximate result of their violations of 42 USC §4851 et seq., 42 USC §4852d and TSCA section 409, 15 USC §2689 et seq., 24 CFR Part 35, 40 CFR Part 745, etc.

WHEREFORE, the plaintiff prays for judgment against the defendants, jointly and severally, for violating the Residential Lead-Based Paint Hazard Reduction Act of 1992, Title X of the Housing and Community Development Act of 1992, 42 USC §4851 et seq., Title IV of the Toxic Substances Control Act, 15 USC §2689, et seq., 24 CFR Part 35, 40 CFR Part 745, etc. and the plaintiffs demand compensatory damages; punitive damages for outrageous, willful, wanton conduct and conscious disregard for human life, if applicable; treble damages as authorized by 42 USC §4852d, 24 CFR §35.96, 40 CFR §745.118 or any other law(s); damages for costs; litigation expenses; expert witness fees; attorneys fees; post-judgment interest; pre-judgment interest; etc. and any other damages authorized by this court or authorized by any other applicable state or federal, statutory or common-law. Plaintiff demands judgment against all Defendants for damages, as well as all costs of this action, and a trial by jury of all issues to be tried.

Respectfully submitted,

_____
Willard Proctor, Jr.
Willard Proctor, Jr., P.A.
Attorney for Plaintiffs
2100 Wolfe Street
Little Rock, AR   72202-6258
(501) 374-9156
wproctorjr@aol.com
Arkansas Bar No.:   87136

(Sample Disclosure Format for Target Housing Rentals and Leases)

## Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards

**Lead Warning Statement**
Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.

**Lessor's Disclosure**
(a) Presence of lead-based paint and/or lead-based paint hazards (Check (i) or (ii) below): _____
   (i)____ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

_____

   (ii)____Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.
(b) Records and reports available to the lessor (Check (i) or (ii) below):
   (i)____ Lessor has provided the lessee with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

_____

   (ii)____Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Lessee's Acknowledgment** (initial)
(c)____Lessee has received copies of all information listed above.
(d)____Lessee has received the pamphlet *Protect Your Family from Lead in Your Home*.

**Agent's Acknowledgment** (initial)
(e)____ Agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**
The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| Lessor | Date | Lessor | Date |
| --- | --- | --- | --- |
| Lessee | Date | Lessee | Date |
| Agent  | Date | Agent  | Date |

**EXHIBIT "A"**

**Watergate**
8101 Cantrell Rd.
Little Rock, AR, 72227
501-225-8629

March 30, 2011

Dear Resident:

The National Apartment Association has revised their Lead based paint hazard addendum to replace the current addendum that is in your file. For Auditing purposes and legal compliance, we need to have the revised/corrected version in your file.

The first 3 informational pages of this addendum are for you to keep for your records. We ask that you please initial and sign the last page, and return to the office by the end of the day: **Thursday, March 31st.**

Thank you for your help with this matter!

Sincerely,

The Watergate Management Team

**EXHIBIT "B"**



**Federally Required Lead Hazard Information and Disclosure Addendum**

**IMPORTANT NOTICE TO RESIDENTS:** The following information is taken from a brochure entitled "Protect Your Family from Lead in Your Home" prepared by the U.S. Environmental Protection Agency, the U.S. Consumer Product Safety Commission and the U.S. Department of Housing and Urban Development. While the information must be distributed to residents before they become obligated under the lease for most types of housing built before 1978, it does not mean that the dwelling contains lead-based paint (LBP). The brochure was written in general terms and applies to both home purchasers and renters. The information outlines action that can be taken to test for, remove or abate LBP in a dwelling. The Arkansas Multi-Family Housing Association Lease Contract specifically prohibits a resident from performing this type of work--only the dwelling owner may do so under the lease contract. If you have any questions about the presence of LBP in your dwelling, please contact the owner or management company before taking any action to test, abate or remove LBP. NOTE: Page references in the content of this form are to pages in the EPA brochure.



### Are You Planning To Buy, Rent, or Renovate a Home Built Before 1978?

Many houses and apartments built before 1978 have paint that contains high levels of lead (called lead-based paint). Lead from paint, chips, and dust can pose serious health hazards if not taken care of properly.



OWNERS, BUYERS, and RENTERS are encouraged to check for lead (see page 6) before renting, buying, or renovating pre-1978 housing.

Federal law requires that individuals receive certain information before renting, buying, or renovating pre-1978 housing:



LANDLORDS have to disclose known information on lead-based paint and lead-based paint hazards before leases take effect. Leases must include a disclosure about lead-based paint.



SELLERS have to disclose known information on lead-based paint and lead-based paint hazards before selling a house. Sales contracts must include a disclosure form about lead-based paint. Buyers have up to 10 days to check for lead.



RENOVATORS disturbing more than 2 square feet of painted surfaces have to give you this pamphlet before starting work.

---

### IMPORTANT!

**Lead From Paint, Dust, and Soil Can Be Dangerous If Not Managed Properly**

FACT: Lead exposure can harm young children and babies even before they are born.

FACT: Even children that seem healthy can have high levels of lead in their bodies.

FACT: People can get lead in their bodies by breathing or swallowing lead dust, or by eating soil or paint chips containing lead.

FACT: People have many options for reducing lead hazards. In most cases, lead-based paint that is in good condition is not a hazard.

FACT: Removing lead-based paint improperly can increase the danger to your family.

If you think your home might have lead hazards, read this pamphlet to learn some simple steps to protect your family.

### Lead Gets in the Body in Many Ways

Childhood lead poisoning remains a major environmental health problem in the U.S.

People can get lead in their body if they:
- Breathe in lead dust (especially during renovations that disturb painted surfaces).
- Put their hands or other objects covered with lead dust in their mouths.
- Eat paint chips or soil that contains lead.

Even children who appear healthy can have dangerous levels of lead in their bodies.

Lead is even more dangerous to children under the age of 6:
- At this age children's brains and nervous systems are more sensitive to the damaging effects of lead.
- Children's growing bodies absorb more lead.
- Babies and young children often put their hands and other objects in their mouths. These objects can have lead dust on them.

Lead is also dangerous to women of childbearing age:
- Women with a high lead level in their system prior to pregnancy would expose a fetus to lead through the placenta during fetal development.




1    2         03302011038601AR07040550

Shantha Adams
© 2010, National Apartment Association, Inc. - 10/2010                                                 Page 1 of 4

### Lead's Effects

It is important to know that even exposure to low levels of lead can severely harm children.

In children, lead can cause

- Nervous system and kidney damage.
- Learning disabilities, attention deficit disorder, and decreased intelligence.
- Speech, language, and behavior problems.
- Poor muscle coordination.
- Decreased muscle and bone growth.
- Hearing damage.

While low-lead exposure is most common, exposure to high levels of lead can have devastating effects on children, including seizures, unconsciousness, and, in some cases, death.

Although children are especially susceptible to lead exposure, lead can be dangerous for adults too.

In adults, lead can cause:

- Increased chance of illness during pregnancy.
- Harm to a fetus, including brain damage or death.
- Fertility problems (in men and women).
- High blood pressure.
- Digestive problems.
- Nerve disorders.
- Memory and concentration problems.
- Muscle and joint pain.



Lead affects the body in many ways.

### Where Lead-Based Paint Is Found

**In general, the older your home, the more likely it has lead-based paint.**

Many homes built before 1978 have lead-based paint. The federal government banned lead-based paint from housing in 1978. Some states stopped its use even earlier. Lead can be found:

- In homes in the city, country, or suburbs.
- In apartments, single-family homes, and both private and public housing.
- Inside and outside of the house.
- In soil around a home. (Soil can pick up lead from exterior paint or other sources such as past use of leaded gas in cars.)

### Checking Your Family for Lead

**Get your children and home tested if you think your home has high levels of lead.**

To reduce your child's exposure to lead, get your child checked, have your home tested (especially if your home has paint in poor condition and was built before 1978), and fix any hazards you may have. Children's blood lead levels tend to increase rapidly from 6 to 12 months of age, and tend to peak at 18 to 24 months of age.

Consult your doctor for advice on testing your children. A simple blood test can detect high levels of lead. Blood tests are usually recommended for:

- Children at ages 1 and 2.
- Children or other family members who have been exposed to high levels of lead.
- Children who should be tested under your state or local health screening plan.

Your doctor can explain what the test results mean and if more testing will be needed.

3    4

---

### Identifying Lead Hazards

Lead-based paint is usually not a hazard if it is in good condition, and it is not on an impact or friction surface, like a window. It is defined by the federal government as paint with lead levels greater than or equal to 1.0 milligram per square centimeter, or more than 0.5% by weight.

Deteriorating lead-based paint (peeling, chipping, chalking, cracking, or damaged) is a hazard and needs immediate attention. It may also be a hazard when found on surfaces that children can chew or that get a lot of wear-and-tear, such as:

- Windows and window sills
- Doors and door frames.
- Stairs, railings, banisters, and porches.

Lead dust can form when lead-based paint is scraped, sanded, or heated. Dust also forms when painted surfaces bump or rub together. Lead chips and dust can get on surfaces and objects that people touch. Settled lead dust can re-enter the air when people vacuum, sweep, or walk through it. The following two federal standards have been set for lead hazards in dust:

- 40 micrograms per square foot ($\mu g/ft^2$) and higher for floors, including carpeted floors.
- 250 $\mu g/ft^2$ and higher for interior window sills.

Lead in soil can be a hazard when children play in bare soil or when people bring soil into the house on their shoes. The following two federal standards have been set for lead hazards in residential soil:

- 400 parts per million (ppm) and higher in play areas of bare soil.
- 1,200 ppm (average) and higher in bare soil in the remainder of the yard.

The only way to find out if paint, dust and soil lead hazards exist is to test for them. The next page describes the most common methods used.

**Lead from paint chips, which you can see, and lead dust, which you can't always see, can both be serious hazards**

### Checking Your Home for Lead

**Just knowing that a home has lead-based paint may not tell you if there is a hazard.**

You can get your home checked for lead in several different ways:

- A paint inspection tells you whether your home has lead-based paint and where it is located. It won't tell you whether or not your home currently has lead hazards.
- A risk assessment tells you if your home currently has any lead hazards from lead in paint, dust, or soil. It also tells you what actions to take to address any hazards.
- A combination risk assessment and inspection tells you if your home has any lead hazards and if your home has any lead-based paint, and where the lead-based paint is located.

Hire a trained and certified testing professional who will use a range of reliable methods when testing your home.

- Visual inspection of paint condition and location.
- A portable x-ray fluorescence (XRF) machine.
- Lab tests of paint, dust, and soil samples.

There are state and federal programs in place to ensure that testing is done safely, reliably, and effectively. Contact your state or local agency (see bottom of page 11) for more information, or call 1-800-424-LEAD (5323) for a list of contacts in your area.

Home test kits for lead are available, but may not always be accurate. Consumers should not rely on these tests before doing renovations or to assure safety.

5    6

## What You Can Do Now To Protect Your Family

If you suspect that your house has lead hazards, you can take some immediate steps to reduce your family's risk:

- If you rent, notify your landlord of peeling or chipping paint.
- Clean up paint chips immediately.
- Clean floors, window frames, window sills, and other surfaces weekly. Use a mop or sponge with warm water and a general all-purpose cleaner or a cleaner made specifically for lead. REMEMBER: NEVER MIX AMMONIA AND BLEACH PRODUCTS TOGETHER SINCE THEY CAN FORM A DANGEROUS GAS.
- Thoroughly rinse sponges and mop heads after cleaning dirty or dusty areas.
- Wash children's hands often, especially before they eat and before nap time and bed time.
- Keep play areas clean. Wash bottles, pacifiers, toys, and stuffed animals regularly.
- Keep children from chewing window sills or other painted surfaces.
- Clean or remove shoes before entering your home to avoid tracking in lead from soil.
- Make sure children eat nutritious, low-fat meals high in iron and calcium, such as spinach and dairy products. Children with good diets absorb less lead.





## Reducing Lead Hazards In The Home

Removing lead improperly can increase the hazard to your family by spreading even more lead dust around the house.

Always use a professional who is trained to remove lead hazards safely.



In addition to day-to-day cleaning and good nutrition:

- You can temporarily reduce lead hazards by taking actions such as repairing damaged painted surfaces and planting grass to cover soil with high lead levels. These actions (called "interim controls") are not permanent solutions and will need ongoing attention.
- To permanently remove lead hazards, you should hire a certified lead "abatement" contractor. Abatement (or permanent hazard elimination) methods include removing, sealing, or enclosing lead-based paint with special materials. Just painting over the hazard with regular paint is not permanent removal.

Always hire a person with special training for correcting lead problems—someone who knows how to do this work safely and has the proper equipment to clean up thoroughly. Certified contractors will employ qualified workers and follow strict safety rules as set by their state or by the federal government.

Once the work is completed, dust cleanup activities must be repeated until testing indicates that dust lead levels are below the following:

- 40 micrograms per square foot ($\mu g/ft^2$) for floors, including carpeted floors;
- 250 $\mu g/ft^2$ for interior window sills; and
- 400 $\mu g/ft^2$ for window troughs.

Call your state or local agency (see bottom of page 11) for help with locating certified professionals in your area and to see if financial assistance is available.

7    8

---

## Remodeling or Renovating a Home With Lead-Based Paint

Take precautions before your contractor or you begin remodeling or renovating anything that disturbs painted surfaces (such as scraping off paint or tearing out walls):

- Have the area tested for lead-based paint.
- Do not use a belt-sander, propane torch, high temperature heat gun, dry scraper, or dry sandpaper to remove lead-based paint. These actions create large amounts of lead dust and fumes. Lead dust can remain in your home long after the work is done.
- Temporarily move your family (especially children and pregnant women) out of the apartment or house until the work is done and the area is properly cleaned. If you can't move your family, at least completely seal off the work area.
- Follow other safety measures to reduce lead hazards. You can find out about other safety measures by calling 1-800-424-LEAD. Ask for the brochure "Reducing Lead Hazards When Remodeling Your Home." This brochure explains what to do before, during, and after renovations.

If you have already completed renovations or remodeling that could have released lead-based paint or dust, get your young children tested and follow the steps outlined on page 7 of this brochure.



If not conducted properly, certain types of renovations can release lead from paint and dust into the air.

## Other Sources of Lead



While paint, dust, and soil are the most common sources of lead, other lead sources also exist.



- Drinking water. Your home might have plumbing with lead or lead solder. Call your local health department or water supplier to find out about testing your water. You cannot see, smell, or taste lead, and boiling your water will not get rid of lead. If you think your plumbing might have lead in it:
  - Use only cold water for drinking and cooking.
  - Run water for 15 to 30 seconds before drinking it, especially if you have not used your water for a few hours.
- The job. If you work with lead, you could bring it home on your hands or clothes. Shower and change clothes before coming home. Launder your work clothes separately from the rest of your family's clothes.
- Old painted toys and furniture.
- Food and liquids stored in lead crystal or lead-glazed pottery or porcelain.
- Lead smelters or other industries that release lead into the air.
- Hobbies that use lead, such as making pottery or stained glass, or refinishing furniture.
- Folk remedies that contain lead, such as "greta" and "azarcon" used to treat an upset stomach.

9    10    03302011038603AR07040550

## For More Information

**The National Lead Information Center**

Call 1-800-424-LEAD (424-5323) to learn how to protect children from lead poisoning and for other information on lead hazards. To access lead information via the web, visit www.epa.gov/lead and www.hud.gov/offices/lead/.

**EPA's Safe Drinking Water Hotline**

Call 1-800-426-4791 for information about lead in drinking water.

**Consumer Product Safety Commission (CPSC) Hotline**

To request information on lead in consumer products, or to report an unsafe consumer product or a product-related injury call 1-800-638-2772, or visit CPSC's Web site at: www.cpsc.gov.

**State Health and Environmental Agencies**

Some cities, states, and tribes have their own rules for lead-based paint activities. Check with your local agency to see which laws apply to you. Most agencies can also provide information on finding a lead abatement firm in your area, and on possible sources of financial aid for reducing lead hazards. Receive up-to-date address and phone information for your local contacts on the Internet at www.epa.gov/lead or contact the National Lead Information Center at 1-800-424-LEAD.

For the hearing impaired, call the Federal Information Relay Service at 1-800-877-8339 to access any of the phone numbers in this brochure.

11

## Simple Steps To Protect Your Family from Lead Hazards

**If you think your home has high levels of lead:**

◆ Get your young children tested for lead, even if they seem healthy.

◆ Wash children's hands, bottles, pacifiers, and toys often.

◆ Make sure children eat healthy, low-fat foods.

◆ Get your home checked for lead hazards.

◆ Regularly clean floors, window sills, and other surfaces.

◆ Wipe soil off shoes before entering house.

◆ Talk to your landlord about fixing surfaces with peeling or chipping paint.

◆ Take precautions to avoid exposure to lead dust when remodeling or renovating (call 1-800-424-LEAD for guidelines).

◆ Don't use a belt-sander, propane torch, high temperature heat gun, scraper, or sandpaper on painted surfaces that may contain lead.

◆ Don't try to remove lead-based paint yourself.

12

---

Arkansas Department of Health--800/235-0002
EPA Region 6 Office (includes Arkansas)--214/665-7577
CPSC Main Office (includes Arkansas)--800/638-2772
HUD Lead Office--202/755-1785

---

### FEDERALLY REQUIRED LESSOR DISCLOSURE, AGENT STATEMENT AND LESSEE ACKNOWLEDGMENT OF INFORMATION ON LEAD-BASED PAINT HAZARDS

**LEAD WARNING STATEMENT** Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors (owners) must disclose the presence of lead-based paint and/or lead-based paint hazards in the dwelling. Lessees (residents) must also receive a federally approved pamphlet on lead poisoning prevention.

**LEAD-FREE HOUSING** If the housing unit has been certified as "lead free" according to 24 C.F.R. Section 35.82 or is not target housing according to 24 C.F.R. Section 35.86, the lead-based paint hazard disclosure requirements do not apply, and therefore, it is not necessary to provide this addendum or a lead-based paint warning pamphlet and lead-based paint disclosure statement to the lessee (resident).

**LESSOR'S DISCLOSURE**
Presence of lead-based paint and/or lead-based paint hazards *(check only one box).*

☐ Lessor (owner) has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

☐ Known that lead-based paint and/or lead-based paint hazards are present in the housing *(explain).*

_____

Records and reports available to lessor *(check only one box).*

☐ Lessor (owner) has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

☐ Lessor (owner) has reports or records indicating the presence of some lead-based paint and/or lead-based paint hazards in the housing, and has provided the lessees (residents) with all such records and reports that are available to lessor(list documents).

_____ **AGENT'S ACKNOWLEDGMENT** *(Initial)*
If another person or entity is involved in leasing the dwelling as an agent of the lessor (i.e., as a management company, real estate agent or locator service acting for the owner), such agent represents that agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852(d) and agent is aware of agent's responsibility to ensure that lessor complies with such disclosure laws.

_____ **LESSEE'S ACKNOWLEDGMENT** *(Initial)*
Lessee acknowledges the receipt of a copy of a federally approved pamphlet on lead poisoning prevention and all records or reports listed above.

**ACCURACY CERTIFICATIONS**
The parties named below certify that to the best of their knowledge the above information and statements made or provided by them, respectively, are true and accurate. The person who signs for the LESSOR may be the owner himself or herself, an employee, officer or partner of the owner, or a representative of the owner's management company, real estate agent or locator service if such person is authorized to sign for the lessor. The person who signs for the AGENT may be the agent himself or herself, or an employee, officer or partner of the agent if such person is authorized to sign for the agent.

**Watergate Little Rock Apt Portfolio LLC, 8101 Cantrell Road #102**
                                                                                                    **Little Rock**
Apartment name & unit number OR street address of dwelling                      City

_____      _____
Lessee (Resident)                              Date         Lessee (Resident)                              Date

_____      _____
Lessee (Resident)                              Date         Lessee (Resident)                              Date
**Watergate Little Rock Apt Portfolio LLC**
                                                                    **Watergate**
_____         Printed name of any AGENT of lessor, i.e., management company, real estate
Printed name of LESSOR (owner) of the dwelling    agent or locator service involved in leasing the dwelling

_____      _____
Signature of person signing on behalf of above LESSOR    Date    Signature of person signing on behalf of above AGENT, if any    Date

Arkansas/National Apartment Association Official Form E-10 (Sheets 1 and 2), October 2010
03302011038604AR07040550                                                                Page 4 of 4 

© 2010, National Apartment Association, Inc.
**Shantha Adams**