IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEREK LIND and COREY BATES**                                                                 PLAINTIFFS

v.                              No. 4:11-cv-688-DPM

**WATERGATE LITTLE ROCK APARTMENT
PORTFOLIO, LLC; WATERGATE APARTMENTS;
and BELL PARTNERS, INC.**                                                                       DEFENDANTS

## JUDGMENT

Lind and Bates's complaint against Watergate Little Rock Apartment Portfolio, LLC, Watergate Apartments, and Bell Partners, Inc. is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 June 2013